# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1710

MARCEL NICOLE INGRAM vs. THE HONORABLE GEORGE DUNB/

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

**MARCEL NICOLE INGRAM**

Indicate the party's role IN THIS COURT (check **only** one):

- [ ] Petitioner(s)
- [✓] Appellant(s)
- [ ] Intervenor(s)
- [ ] Respondent(s)
- [ ] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name: **Nicole Daller**

- [ ] Mr.
- [ ] Ms.
- [✓] Mrs.
- [ ] Miss
- [ ] Mx.

Firm: HORNE DALLER LLC

Address: 1380 Old Freeport Road, Suite 3A

City, State, Zip Code: Pittsburgh, PA 15238

Phone: (412) 967-9400    Fax: (412) 967-0465

**Primary E-Mail Address (required)** ndaller@hornedaller.com
**Additional E-Mail Address (1)** lawoffice@hornedaller.com
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** *Nicole Daller*

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020